IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00155-BNB

RACHEL PYNE,

    Plaintiff,

v.

RNLI,

    Defendant.

---

## ORDER OF DISMISSAL

---

Plaintiff, Rachel Pyne, initiated this action by filing *pro se* a Complaint. On February 10, 2010, Ms. Pyne filed two versions of an amended complaint, one of which was almost entirely blank. On February 12, 2010, Magistrate Judge Boyd N. Boland ordered Ms. Pyne to file a second amended complaint that complies with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. Ms. Pyne was warned that the action would be dismissed without further notice if she failed to file a second amended complaint within thirty days.

Ms. Pyne has failed to file a second amended complaint within the time allowed and she has filed to respond in any way to Magistrate Judge Boland's February 12 order. Therefore, the action will be dismissed without prejudice for failure to file a second amended complaint as directed. Accordingly, it is

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 22 2010

GREGORY C. LANGHAM
CLERK

ORDERED that the complaint, the amended complaints, and the action are dismissed without prejudice for failure to file a second amended complaint as directed.

DATED at Denver, Colorado, this  22nd  day of  March , 2010.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00155-BNB

Rachel Pyne
4390 E. Mississippi Pl.
Apt 201
Glendale, CO 80246

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 3/22/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk